

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2019

No. 04-19-00224-CV

**IN RE TERRAVISTA CORPORATION**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Rebeca C. Martinez, Justice
                    Luz Elena D. Chapa, Justice
                    Liza A. Rodriguez, Justice

On April 12, 2019, relator filed a petition for writ of mandamus. Relator also filed a motion for stay of the order at issue in this proceeding pending final resolution of the petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's Motion for Emergency Temporary Stay is DENIED.

It is so **ORDERED** on April 16, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CI23565, styled *Michelle Rodriquez, et al. v. Mitchell Apts, LLC, et al.*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.